IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONY NELSON

      Plaintiff,

vs.                                     Civ No.  10-553 BB/DJS

**CITY OF ALBUQUERQUE et al,**

      Defendants.

## DEFENDANTS' FINAL WITNESS LIST

**COME NOW**, Defendants Armando Limon, Daniel Hughes, Robert Johnston, Scott Weimerskirch, and the City of Albuquerque ("Defendants") by and through, Assistant City Attorney Stephanie M. Griffin, and hereby submit their list of witnesses who Defendants may call during trial:

1. Officer Benito Aragon
2. Officer Francisco Aragon
3. Officer Josh Brown
4. Officer Jack Coraci
5. Officer Eric Endzel
6. Sergeant Chris Harmon
7. Officer Charles Hedrick
8. Officer Daniel Hughes
9. Sergeant David Jaramillo
10. Robert Johnston
11. Officer Armando Limon
12. Detective Robert Lujan

13. Detective Chris Luttrell

14. Detective Jamie Mueller

15. Tony Nelson

16. Officer James Perdue

17. Detective Jason Quade

18. Detective Al Velarde

19. Dr. Gary Vilke

20. Officer Scott Weimerskirch

21. Don Whitson

22. Detective Derrick Wulff

23. Any witness identified by Plaintiff

24. Any witness identified in discovery

25. Any witness necessary to authenticate documents

26. Any witness necessary for rebuttal

Respectfully submitted:

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY

/s/ Stephanie M. Griffin
Assistant City Attorney
*Attorney for Defendants*
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500; fax (505) 768-4440

   I hereby certify that a true copy of the foregoing was served via Notice of Electronic Filing on October 13, 2011 to:

Sharon B. Hawk, Esq.
Sharon Hawk Law PA
820 Fifth St NW
Albuquerque, NM 87102-2137
(505) 243-4295
(505) 213-0345 (facsimile)

Justin P. Pizzonia
1216 Fifth Street N.W.
Albuquerque, NM  87102
(505) 999-1080
(505) 217-3520 (facsimile)

*Attorneys for Plaintiff*

s/ Stephanie M. Griffin, Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500

*Attorney for Defendants*