IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONY NELSON,

    Plaintiff,

v.                                                      No. CIV 10-553 BB/DJS

DANIEL HUGHES, ROBERT JOHNSTON,
ARMANDO LIMON, and SCOTT WEIMERSKIRCH,,

    Defendants.

## VERDICT FORM

On the questions submitted, we the jury find as follows:

**Question No. 1:** Do you find by a preponderance of the evidence that a Defendant or Defendants used or caused the use of excessive force against Tony Nelson?

|  | YES | NO |
|---|---|---|
| Daniel Hughes | | X |
| Robert Johnston | | X |
| Armando Limon | | X |
| Scott Weimerskirch | | X |

**Question No. 2:** Do you find by a preponderance of the evidence that a Defendant or Defendants committed or caused the commission of a battery on Tony Nelson?

|  | YES | NO |
|---|---|---|
| Daniel Hughes |  | X |
| Robert Johnston |  | X |
| Armando Limon |  | X |
| Scott Weimerskirch |  | X |

[If you answered "yes" to any of the above questions, please proceed to Questions 3 and 4. If you answered "no" to all of the questions, then you are not to answer any further questions. Your foreperson must sign this verdict form on the next page, which will be your verdict for Defendants and against Plaintiff, and you will all return to open court.]

**Question No. 3:** In accordance with the damages instruction given, we find the compensatory damages suffered by Plaintiff Tony Nelson to be:

$ _____

**Question No. 4:** In accordance with the punitive damages instruction given, we further award punitive damages to Plaintiff Tony Nelson against the following Defendant(s):

| Daniel Hughes | $_____ |
| Robert Johnston | $_____ |
| Armando Limon | $_____ |
| Scott Weimerskirch | $_____ |

Please sign and date this form.

DATED October 31, 2011.


FOREPERSON