IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONY NELSON,

           Plaintiffs,

v.                                                 No. CIV 10-553 BB/DJS

CITY OF ALBUQUERQUE,
R.T. JOHNSTON, D. HUGHES,
A. LIMON, and S. WEIMERSKIRCH

           Defendants.

## JUDGMENT

THIS MATTER having come on for a trial on the merits before the Court and a Jury on October 24, 25, 26, 27, 28, and 31, 2011, and the issues having been duly tried, and the Jury having duly rendered its verdict;

Now, therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiff TONY NELSON take nothing by his Complaint against Defendants; and

2. The action against these Defendants is DISMISSED on the merits.

DATED this 8th day of November, 2011

                                                                BRUCE D. BLACK
                                                                 United States District Judge