IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY NELSON,

    Plaintiff,

vs.                                                                          No. CIV 10-0553 JB/DJS

BOARD OF COUNTY COMMISSIONERS
OF THE COURT OF BERNALILLO,
CITY OF ALBUQUERQUE, a political
subdivision of the STATE OF NEW MEXICO,
DERRICK WULFF, JONATHAN SATHER,
ROBERT T. JOHNSTON, an Officer of the
Albuquerque Police Department, Individually,
DANIEL HUGHS, an Officer of the Albuquerque
Police Department, Individually,
ARMANDO LIMON, an Officer of the Albuquerque
Police Department, Individually,
SCOTT WEIMERSKIRCH, an Officer of the
Albuquerque Police Department, Individually,
and JOHN AND JANE DOES 1-X,
an Officer of the Albuquerque Police Department,
Individually,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Defendants' Rule 50(b) Motion, and Memorandum in Support, Requesting for the Judgment on the Jury Verdict to Stand; to Find Defendants Have Qualified Immunity; and to Enter Judgment as a Matter of Law in Favor of Defendants, filed July 26, 2012 (Doc. 201). The Court will grant the motion in part and deny it in part.

**IT IS ORDERED** that the Defendants' Rule 50(b) Motion Requesting for the Judgment on the Jury Verdict to Stand; to Find Defendants Have Qualified Immunity; and to Enter

Judgment as a Matter of Law in Favor of Defendants, filed July 26, 2012 (Doc. 201), is granted in part and denied in part.[1]

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Justin A. Gonzalez
Justin P. Pizzonia
Gonzalez & Pizzonia, LLC
Albuquerque, New Mexico

-- and --

Sharon B. Hawk
Hawk Law, P.A.
Placitas, New Mexico

 *Attorneys for Plaintiff Tony Nelson*

Agnes F. Padilla
Butt Thornton & Baehr, P.C.
Albuquerque, New Mexico

 *Attorney for the Defendant Board of County Commissioners of the County of Bernalillo*

Robert J. Perry
David Tourek
 City Attorneys
Stephanie M. Griffin
Tarra Leigh Hoden
 Assistant City Attorneys
City Attorney's Office
Albuquerque, New Mexico

 *Attorneys for the Defendant City of Albuquerque, Derrick Wulff, Jonathan Sather, Robert T. Johnston, Daniel Hughs, Armando Limon, and Scott Weimerskirch*

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue an opinion more fully detailing its rationale for this decision.